**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7475**

ALLEN WRIGHT,

             Plaintiff - Appellant,

        v.

JASON WEBBER; RL TURNER; TIM RILEY; ANN HALLMAN; MARY
COLEMAN; DENNIS PATTERSON; CHRISTINE THOMPSON; GARY LANE;
MAJOR PARRISH; MRS MIDDLEBROOKS; DEBRA MANESS; MARY MCCABE;
LT BATES; MRS WHITNER; JERRY ALEXANDER; PRINCIPAL MORROW;
MICHAEL FOWLER; P CRIDER,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Terry L. Wooten, District Judge.
(1:11-cv-02199-TLW)

Submitted:  January 22, 2013          Decided:  January 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Allen Wright, Appellant Pro Se.   Steven Michael Pruitt,
MCDONALD, PATRICK, POSTON, HEMPHILL & ROPER, LLC, Greenwood,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen Wright appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. Wright has also filed a motion for appointment of counsel and injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we deny Wright's motion and affirm the district court's judgment. Wright v. Webber, No. 1:11-cv-02199-TLW (D.S.C. Aug. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED